UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/07

MARK A. BELNICK,

              Plaintiff,

-v-

TWIN CITY FIRE INSURANCE COMPANY, et al.,

              Defendants.

Case No. 04-CV-7998 (KMK)

ORDER

---

MARK A. BELNICK,

              Plaintiff,

-v-

TWIN CITY FIRE INSURANCE COMPANY,

              Defendant.

Case No. 06-CV-6355 (KMK)

ORDER

---

FRANK E. WALSH, JR.,

              Plaintiff,

-v-

TWIN CITY FIRE INSURANCE COMPANY,

              Defendant.

Case No. 06-CV-6356 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

    At the conference on June 1, 2007, the Court ordered Tyco International and Plaintiff Belnick to produce the indemnification agreement that is alleged to moot all claims and counterclaims between Plaintiff Belnick and Defendant for *in camera* review. Tyco International and Plaintiff Belnick are hereby further ordered to explain to the Court, via letter, why Defendant

should not be allowed to view the Agreement subject to an appropriate protective order. This letter should be submitted no later than June 18, 2007.

SO ORDERED.

Dated:      June 11, 2007.
            New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE